UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS RODRIGUEZ, MELVIN GUSTAVO,
GOMEZ RAMIREZ, AND ROCAEL ARTURO
BATEN MIRANDA, *individually and on behalf of
others similarly situated*,

                              Plaintiffs,

                – against –

AL HORNO LEAN MEXICAN KITCHEN 57 INC.,
*d/b/a* AL HORNO LEAN MEXICAN KITCHEN,
CHRIS PIZZIMENTI, JOSUE MARTINEZ, IVAN
GOMEZ, GABRIEL DOE, *and* EVELYN DOE,

                              Defendants.

**ORDER**

20 Civ. 2115 (ER)

Ramos, D.J.:

        This matter was referred to the Mediation Office on May 15, 2020.  Doc. 22.  Since then,

several mediation conferences have been scheduled, but not ultimately held.  On February 9,

2021 the Court received a final report from the mediator that the conference scheduled for

February 2, 2021 was not held.  Doc. 24.  The parties are therefore instructed to file a joint status

report regarding the status of mediation by no later than February 17, 2021.

        It is SO ORDERED.

Dated:   February 10, 2021
        New York, New York

                                                    _____
                                                    Edgardo Ramos, U.S.D.J.