UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS RODRIGUEZ, *et al.*,<br><br>                         Plaintiffs,<br><br>– against –<br><br>AL HORNO LEAN MEXICAN KITCHEN 57 INC., *et al.*,<br><br>                         Defendants. | **ORDER**<br><br>20 Civ. 2115 (ER) |

Ramos, D.J.:

On December 17, 2021, the parties appeared before the Court for a case management conference. The parties' request for an extension of the discovery deadline to January 31, 2022 was GRANTED. The parties are hereby instructed to appear before the Court for a case management conference on February 4, 2022 at 3 p.m. by dialing (877) 411-9748 and entering access code 3029857# when prompted.

It is SO ORDERED.

Dated:   December 17, 2021
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.