UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS RODRIGUEZ, MELVIN GUSTAVO GOMEZ RAMIREZ, and ROCAEL ARTURO BATEN MIRANDA, *individually and on behalf of others similarly situated*,<br><br>Plaintiffs,<br><br>-against-<br><br>AL HORNO LEAN MEXICAN KITCHEN 57 INC. (D/B/A AL HORNO LEAN MEXICAN KITCHEN), CHRIS PIZZIMENTI, JOSUE MARTINEZ, IVAN GOMEZ, GABRIEL DOE, and EVELYN DOE,<br><br>Defendants. | Case No.: 20-cv-02115 (ER)<br><br>**SETTLEMENT AGREEMENT AND RELEASE** |

      This Settlement Agreement and Release of Claims ("Agreement") is entered into by and among Plaintiffs JESUS RODRIGUEZ, MELVIN GUSTAVO GOMEZ RAMIREZ and ROCAEL ARTURO BATEN MIRANDA ("Plaintiffs"), on the one hand and Defendants AL HORNO LEAN MEXICAN KITCHEN 57 INC. (D/B/A AL HORNO LEAN MEXICAN KITCHEN), CHRIS PIZZIMENTI, JOSUE MARTINEZ and IVAN GOMEZ, ("Defendants") on the other hand.

      WHEREAS, Plaintiffs alleges that they worked for Defendants as employees; and

      WHEREAS, a dispute has arisen regarding Plaintiffs' alleged employment and the terms thereof, which dispute has resulted in the filing of an action in the United States District Court for the Southern District of New York District of New York, Civil Action No. 20-cv-02115 (ER) (hereinafter "the Litigation"), alleging, among other things, a violation of federal and state wage and hour and overtime laws;

      WHEREAS, Defendants deny all claims including but not limited to any violation of federal and state wage and hour and overtime laws; and

      WHEREAS, the parties desire to resolve all disputes between them without the necessity of further litigation;

      NOW, THEREFORE, in consideration of the mutual covenants and promises herein contained and other good and valuable consideration, receipt of which is hereby acknowledged, it is hereby agreed as follows:

      1.      <u>Payment</u>: Defendants shall pay or cause to be paid to Plaintiffs, subject to the terms and conditions of this Agreement, and as full, complete, and final settlement and final

satisfaction of all claims Plaintiffs had against Defendants in the Litigation through the Effective Date of this Agreement, including all counsel fees and costs incurred by Plaintiffs, the gross sum of Twenty Five Thousand Dollars and Zero Cents ($**25,000.00**) (the "Settlement Amount") to be paid to Plaintiffs' attorneys within thirty (30) days after the approval of the Agreement for distribution to the Plaintiffs. If no payment is made by the Defendants within the ten (10) day grace period, the Plaintiffs may claim default. However, the Defendants may cure such default without penalty of any kind within five (5) business days of receipt of notice of such default from Plaintiffs' counsel to be sent by e-mail to Defendants' counsel at Tram.Dao@HoffmannLegal.com

2.    <u>Release and Covenant Not To Sue</u>:    Plaintiffs hereby expressly waive, release, and forever discharge and covenant not to sue Defendants, and for each of them, their heirs, successors, assigns, affiliates, parent organizations, subsidiaries, directors, owners, shareholders, members, agents, attorneys, legal representatives and managers any and all charges, complaints, claims, causes of action, suits, debts, liens, contracts, rights, demands, controversies, losses, costs and or expenses, including legal fees and any other liabilities of any kind or nature whatsoever, known or unknown, suspected or unsuspected, whether fixed or contingent (hereinafter referred to as "claim" or "claims") which Plaintiffs at any time has, had, claims or claimed to have against Defendants relating specifically to the claims in the Litigation that have occurred as of the Effective Date of this Agreement. Similarly, Defendants release and discharge Plaintiffs from any and all known claims, and liabilities of any kind that they have, had, or claimed to have against Plaintiffs relating specifically to the claims in the Litigation that have occurred as of the Effective Date of this Agreement.

    a. Plaintiffs represent that they have not filed any other lawsuit or any other wage and hour proceeding against any of the Defendants, except the Litigation released herewith. Plaintiffs also agree not to bring any wage and hour lawsuit or initiate any wage and hour proceeding for any claim waived in any paragraph of this Agreement, and agrees, further, not to permit anyone else to do so on their behalf, to the maximum extent possible under applicable law.

3.    <u>No Admission of Wrongdoing</u>:    This Agreement and compliance with this Agreement shall not be construed as an admission by Defendants of any liability whatsoever, or of any violation of any statute, regulation, duty, contract, right or order.

4.    <u>Modification of the Agreement</u>:    This Agreement may not be changed unless the changes are in writing and signed by a proper representative of Plaintiffs and Defendants.

5.    <u>Acknowledgments:</u>    Plaintiffs acknowledge that: they have been fully and fairly represented by counsel in this matter. Defendants acknowledge that they have consulted with counsel for the purpose of this Agreement. Plaintiffs and Defendants acknowledge that they are not relying upon any statement, representation or promise in executing this Agreement except for statements, representations or promises expressly set forth in this Agreement. They further acknowledge and agree that the only consideration for signing this Agreement is as set forth in this Agreement.

6.  Notices:  Notices required under this Agreement shall be in writing, by email, and shall be deemed given upon electronic transmission thereof.  Notice hereunder shall be delivered, by email, to:

To Plaintiffs:

**Ramsha Ansari, Esq.**
CSM LEGAL, P.C.
60 East 42nd St. Suite 4510
New York, NY 10165
(212) 317-1200
Email: ramsha@csmlegal.com

To Defendants:

**Tram Dao, Esq.**
HOFFMANN & ASSOCIATES
450 7th Ave., Ste. 1400
New York, NY 10123
 (212) 679-0400
Email: Tram.Dao@HoffmannLegal.com

7.  Governing Law:  This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of New York, excluding the conflict-of-laws principles thereof.  The parties consent and stipulate to the personal jurisdiction of the United States District Court for the Southern District of New York and the Supreme Court of the State of New York in any subsequent proceeding to enforce this Agreement.

8.  Enforceability:  If any provision of this Agreement is held to be illegal, void, or unenforceable, such provision shall be of no force or effect. However, the illegality or unenforceability of such provision shall have no effect upon, and shall not impair the legality or enforceability of, any other provision of this Agreement.

9.  Release Notification:  Plaintiffs discussed the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledges that they have consulted with Ramsha Ansari, Esq. of CSM Legal, P.C., Plaintiffs acknowledge that it is their choice to waive any claims in return for the benefits set forth herein and that they made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys.  Plaintiffs confirms that this Settlement Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

10.  Counterparts:  To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below.  This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties

hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

**PLAINTIFFS**

By: _____   Dated: _____
      JESUS RODRIGUEZ

By: _____   Dated: _____
    MELVIN GUSTAVO GOMEZ RAMIREZ

By: _____   Dated: 05/17/2022
    ROCAEL ARTURO BATEN MIRANDA


**DEFENDANTS**

By: _____   Dated: _____
AL HORNO LEAN MEXICAN KITCHEN
57 INC. (D/B/A AL HORNO LEAN
MEXICAN KITCHEN)

                                            Dated: _____

_____
      CHRIS PIZZIMENTI

                                              Dated: _____

_____
      JOSUE MARTINEZ

                                              Dated: _____

_____
      IVAN GOMEZ

hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

**PLAINTIFFS**

By: _____    Dated: _____
JESUS RODRIGUEZ

By: _____*[signature]*_____    Dated: 05/17/2022
MELVIN GUSTAVO GOMEZ RAMIREZ

By: _____    Dated: _____
ROCAEL ARTURO BATEN MIRANDA


**DEFENDANTS**

By: _____    Dated: _____
AL HORNO LEAN MEXICAN KITCHEN 57 INC. (D/B/A AL HORNO LEAN MEXICAN KITCHEN)

_____    Dated: _____
CHRIS PIZZIMENTI

_____    Dated: _____
JOSUE MARTINEZ

_____    Dated: _____
IVAN GOMEZ

hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

**PLAINTIFFS**

By: ___*[signature]*___  Dated: 05/17/2022
    JESUS RODRIGUEZ

By: _____  Dated: _____
    MELVIN GUSTAVO GOMEZ RAMIREZ

By: _____  Dated: _____
    ROCAEL ARTURO BATEN MIRANDA


**DEFENDANTS**

By: _____  Dated: _____
    AL HORNO LEAN MEXICAN KITCHEN 57 INC. (D/B/A AL HORNO LEAN MEXICAN KITCHEN)

_____  Dated: _____
    CHRIS PIZZIMENTI

_____  Dated: _____
    JOSUE MARTINEZ

_____  Dated: _____
    IVAN GOMEZ

This agreement may also be executed by facsimile or electronic transmission.

**PLAINTIFFS**

By: _____   Dated: _____
       JESUS RODRIGUEZ

By: _____   Dated: _____
       MELVIN GUSTAVO GOMEZ RAMIREZ

By: _____   Dated: _____
       ROCAEL ARTURO BATEN MIRANDA

**DEFENDANTS**

By: *Chris Pizzimenti*   Dated: 5/16/22
AL HORNO LEAN MEXICAN KITCHEN
57 INC. (D/B/A AL HORNO LEAN
MEXICAN KITCHEN)

*[signature]*   Dated: 5/16/22
CHRIS PIZZIMENTI

*[signature]*   Dated: 5/18/22
JOSUE MARTINEZ

*[signature]*   Dated: 5/17/22
IVAN GOMEZ