UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS RODRIGUEZ, MELVIN GUSTAVO GOMEZ RAMIREZ, ROCAEL ARTURO BATEN MIRANDA, *individually and on behalf of others similarly situated*,

                Plaintiffs,

– against –

AL HORNO LEAN MEXICAN KITCHEN 57 INC., d/b/a AL HORNO LEAN MEXICAN KITCHEN, CHRIS PIZZIMENTI, JOSUE MARTINEZ, IVAN GOMEZ, GABRIEL DOE, and EVELYN DOE,

                Defendants.

ORDER

20 Civ. 2115 (ER)

RAMOS, D.J.:

    On May 5, 2022, the parties moved for approval of their settlement. Doc. 50. The Court denied the motion without prejudice, finding the agreement, while otherwise fair and reasonable, included an overly broad release provision. The Court advised the parties that they could (1) submit a revised agreement, (2) abandon settlement and continue to trial, or (3) stipulate to dismissal of the case without prejudice. Doc. 51 at 8. The parties submitted a revised agreement on May 19, 2022, having modified the release so that it is mutual and related to the claims in this action. Doc. 52. The Court, therefore, approves of the revised settlement agreement.

    The Clerk of Court is respectfully directed to close the case.

    It is SO ORDERED.

Dated:   May 19, 2022
          New York, New York

                                              EDGARDO RAMOS, U.S.D.J.